%AO 442  (Rev. 10/03) Warrant for Arrest

SEALED

# UNITED STATES DISTRICT COURT

Northern    District of   Texas

UNITED STATES OF AMERICA
V.
KHALID ALI-M ALDAWSARI

**WARRANT FOR ARREST**

Case Number: 5:11-MJ-017

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     KHALID ALI-M ALDAWSARI
                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Attempted Use of a Weapon of Mass Destruction

in violation of Title  18    United States Code, Section(s)  2332a(a)(2)(A) and (D)

Sam R. Cummings
Name of Issuing Officer

United States District Judge
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

Feb. 23, 200   Lubbock, Texas
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |