IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 MAR -9 PM 4: 21

DEPUTY CLERK _BDG_

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § § | No. 5-11CR0015-C |
| v. | |
| KHALID ALI-M ALDAWSARI | |

The Grand Jury Charges:

<u>Count One</u>
Attempted Use of a Weapon of Mass Destruction
(Violation of 18 U.S.C. § 2332a(a)(2)(A) & (D))

From no later than on or about September 20, 2008, and continuing through on or about February 23, 2011, at Lubbock, Lubbock County, Texas, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Khalid Ali-M Aldawsari**, defendant, did knowingly and unlawfully attempt to use a weapon of mass destruction, as defined in 18 U.S.C. § 2332a(c)(2)(A), that is, a destructive device, as defined in section 921 of Title 18, meaning an explosive bomb or similar device, against any person and property within the United States; and the mail and a facility of interstate commerce was used in furtherance of the offense; and the offense, and the results of the offense, if it succeeded, would have affected interstate commerce.

All in violation of Title 18, United States Code, Section 2332a(a)(2)(A) & (D).

A TRUE BILL

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
C. RICHARD BAKER
Assistant United States Attorney
Texas State Bar No. 01565500
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806.472.7351
Facsimile:   806.472.7394
E-mail:      richard.baker@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

KHALID ALI-M ALDAWSARI

INDICTMENT

18 U.S.C. § 2332a(a)(2)(A) & (D)
Attempted Use of a Weapon of Mass Destruction
(1 Count)

A true bill rendered,

LUBBOCK, TEXAS                       Foreperson

Filed in open court this 9th day of March, A.D. 2011

_____ Clerk

Defendant in Federal Custody

United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **RELATED CASE INFORMATION** | |
| Superseding Indictment/Information | ___Yes _X_ No |
| New Defendant: | ___Yes _X_ No |
| Pending CR Case in NDTX: | ___Yes _X_ No |
| **If Yes**, number: _____ | |
| Search Warrant Case Number _____ | |
| Rule 20 from District of _____ | |

1. **DEFENDANT INFORMATION**
   Juvenile:   ___Yes _X_ No

   **If Yes**, Matter to be sealed:
   ___Yes ___ No

   Defendant Name   KHALID ALI-M ALDAWSARI      5-11CR0015-C
   Alias Name   _____
   Address   _____
   _____

   County in which offense was committed:   Lubbock

2. **U.S. Attorney Information**
   AUSA   C. Richard Baker            Bar #   01565500

3. **Interpreter**
   ___Yes _X_ No      **If Yes**, list language and/or dialect: _____

4. **Location Status**
   Arrest Date _____

   _X_   Already in Federal Custody as of _____ in Lubbock
   ___   Already in State Custody
   ___   On Pretrial Release

5. **U.S.C. Citations**
   Total # of Counts as to This Defendant: 1   :   Petty ___   Misdemeanor ___   Felony _X_

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 USC § 2332a(a)(2)(A) & (D) | Attempted Use of a Weapon of Mass Destruction | 1 |
| | | |
| | | |

Date   03/09/2011      Signature of AUSA:   *C. Richard Baker*