# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Lubbock Division

HONORABLE: NANCY M. KOENIG           PRESIDING

DEPUTY CLERK: Criss Flock            COURT REPORTER/TAPE NUMBER: Digital

LAW CLERK:                           USPO:

INTERPRETER:                         Date: Mar 28, 2011

---

Cr. No. 5:11-CR-015     DEFT. No.

UNITED STATES OF AMERICA  §
V.                        §   C. Richard Baker, AUSA
                          §
KHALID ALI-M ALDAWSARI    §   Rod Hobson          (R)
Defendant's Name              Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

---

### ARRAIGNMENT/~~REARRAIGNMENT~~

Time in Court: :03 / 9:57 A.M.

Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty  ☒ None

Days in Trial: _____

Hearing Concluded: ☒ Yes  ☐ No

☐ Defendant SWORN.
☒ Arraignment   ☐ Rearraignment - Held on count(s)  1
  of the  1  count(s) ☒ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint
☐ Sentencing Guidelines                                      ☐ Superseding Information
☒ Deft enters a plea of   ☒ Not Guilty  ☐ Guilty  ☐ Nolo
☐ Waiver of Jury Trial
☐ Waiver of Indictment filed
☐ Plea Agreement accepted   ☐ Court defers acceptance of Plea Agreement
☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☐ Factual Resume filed.
☐ Sentencing set  Date: _____  Time: _____
☒ Trial set for   Date: May 2, 2011   Time: _____
  Pretrial motions due: _____   Discovery motions/Government Responses due: _____
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed.  PSI due: _____   Pre-sentence Referral Form to: _____
☐ Deft Bond  ☐ Set  ☐ reduced to $_____   ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond  ☐ continued  ☐ forfeited
☒ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

OTHER PROCEEDINGS:

---

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 MAR 28 AM 10:00

DEPUTY CLERK _____