IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 5:11-CR-015 |
| | § | |
| KHALID ALI-M ALDAWSARI | § | |

UNITED STATES OF AMERICA'S WITNESS LIST

1. Jay Gibson Jr.
   Sales Manager
   Con-Way Freight
   Lubbock, Texas

2. Tim Dallas
   Director of Logistics
   Carolina Biological Supply Company
   Whitsett, North Carolina

3. Debra Wirbelauer
   Customer Service Manager
   Carolina Biological Supply Company
   Whitsett, North Carolina

4. Joe White
   Special Agent
   Department of State
   Diplomatic Security Service
   Washington, D.C.

5. Joe Zajac
   Owner
   Qualichem Technologies Group, L.L.C.
   Atlanta, Georgia

6. Marcus Jordan
   Customer Service Representative
   Con-Way Freight
   Tulsa, Oklahoma

7. Andy Clayton
   Manager
   The Centre at Overton Park
   Lubbock, Texas

8. Lucy Dennis
   Lubbock, Texas

9. Kyle Bonath
   Special Agent
   Federal Bureau of Investigation
   Lubbock, Texas

10. Aaron Covey
    Special Agent
    Federal Bureau of Investigation
    Dallas, Texas

11. Wendy Black
    Evidence Control Technician
    Federal Bureau of Investigation
    Dallas, Texas

12. Keith Quigley
    Special Agent
    Federal Bureau of Investigation
    Lubbock, Texas

13. Atef Shafik
    Language Analyst
    Federal Bureau of Investigation
    Dallas, Texas

14. Kevin Gentry
    Special Agent
    Federal Bureau of Investigation
    Dallas, Texas

15. Paul Mueller
    Senior Special Agent
    Federal Bureau of Investigation
    Engineering Research Facility
    Quantico, Virginia

16. Michael S. Morris
    Laboratory Director
    North Texas Regional Computer Forensics Laboratory
    Dallas, Texas

17. Jay Turnage
    Special Agent
    Federal Bureau of Investigation
    Dallas, Texas

18. Kathryn A. Hughes
    Special Agent
    Federal Bureau of Investigation
    Dallas, Texas

19. Jim Bryant
    Special Agent
    Federal Bureau of Investigation
    Dallas, Texas

20. Loretta Smitherman
    Special Agent
    Federal Bureau of Investigation
    Dallas, Texas

21. Amy Reese
    Forensic Accountant
    Federal Bureau of Investigation
    Lubbock, Texas

22. Michael N. Orndorff
    Special Agent
    Federal Bureau of Investigation
    Lubbock, Texas

23. Dr. Carol Korzeniewski
    Chair, Chemistry Department
    Texas Tech University
    Lubbock, Texas

24. Mike Whitaker
    Regulatory compliance, Safety, and
    Practical Process Improvement Manager
    Thermo-Fisher Scientific
    Vernon Hills, Illinois

25. Sally Williams
    County Clerk, Lubbock County
    Lubbock, Texas

26. Mike Powell
    Certification Manager
    Texas Secretary of State
    Austin, Texas

27. Carmen Flores
    Deputy Director, Business and Public Filings Division
    Texas Secretary of State
    Austin, Texas

28. Robert Mothershead
    Forensic Examiner, Chemistry Section
    Federal Bureau of Investigation Laboratory Division
    Quantico, Virginia

29. W. Mark Whitworth
    Supervisory Special Agent
    Federal Bureau of Investigation Explosives Division
    Quantico, Virginia

30. The Honorable Mark Langdale
    Ambassador to Costa Rica
    President of the George W. Bush Foundation
    Dallas, Texas

31. Daniel Huerta
    Executive Manager, Fair Park
    Dallas, Texas

32. Evan Kohlmann
    Terrorism Expert/Forensic Computer Examiner
    Flashpoint Global Partners
    New York, New York

33. David Parker
    Captain
    Texas Tech University Police Department
    Lubbock, Texas

        Respectfully submitted,

        SARAH R. SALDAÑA
        UNITED STATES ATTORNEY

        s/ Jeffrey R. Haag
        JEFFREY R. HAAG
        Assistant United States Attorney
        Texas State Bar No. 24027064
        1205 Texas Avenue, Suite 700
        Lubbock, Texas 79401
        Telephone:   806.472.7559
        Facsimile:    806.472.7259
        E-mail:       jeffrey.haag@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2012, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Dan Cogdell and Paul Doyle.

    s/ Jeffrey R. Haag
    JEFFREY R. HAAG
    Assistant United States Attorney