IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CAUSE No. 5:11-CR-015 |
| | § | |
| KHALID ALI-M ALDAWSARI | § | |

## DEFENDANT'S WITNESS LIST

**Likely Witnesses**

1. Jerome Brown, Ph.D.
   Psychological Expert

2. John L. Esposito, Ph.D.
   Cultural Expert

**Possible Witnesses**

3. Quadir Adewali Adenyi
   Former Roommate

4. Salim Bin Ali Aldossari
   Former Classmate

5. Abdulrahman Saleh Alghmdi
   Former Classmate

6. Abdullah Saleh A. Algubaisi
   Former Classmate

7. Osama Tawfik Alkusayer
   Former Classmate

8. Yousef Abdullah Alnemer
   Former Classmate

9. Abdullah Ahmed Alsaffar
   Former Classmate

10. Abdullah Saeed Alzahrani
    Friend

11. Matthew Lowrie
    Tutor

12. Kensey Michelle McDonald
    Chemistry lab partner

13. Kristina Thompson
    Undergraduate Advisor at Texas Tech University

Respectfully submitted,

/s/ Dan Cogdell
DAN COGDELL
TBN:   04501500
Cogdell Law Firm, LLC
1401 McKinney Street, Suite 1625
Houston, Texas 77010
Office:         713-426-2244
Facsimile:    713-426-2255

/s/ Paul Doyle
PAUL DOYLE
Texas State Bar No. 24011387
Paul Doyle & Associates, LLC
600 Travis Suite 4700
Houston, Texas  77002
(713) 228-9200
(713) 228-9203 Facsimile

**CERTIFICATE OF SERVICE**

I certify that on June 17, 2012 a true and correct copy of the foregoing document and memorandum in support was filed with the Court's ECF system and electronic notification was sent to the attorney for the government.

/s/ Dan Cogdell
Dan Cogdell