**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CAUSE No. 5:11-CR-015 |
| | § | |
| KHALID ALI-M ALDAWSARI | § | |

**DEFENDANT'S EXHIBIT LIST**

| No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Carolina Biological Supply's "Chemical Sales Policy," provided by the Government pursuant to Discovery Receipt No. 22.7. | | |
| 2 | Internal e-mails from employees of Carolina Biological Supply, provided by the Government pursuant to Discovery Receipt No. 22.7. | | |
| 3 | Document entitled "Aldawsari / Phenol Incident Timeline" provided by the Government pursuant to Discovery Receipt No. 22.7. | | |
| 4 | Email from Tim Dallas to Kurt Stakeman titled "CBS inquiry re a shipment of phenol" provided by the Government pursuant to Discovery Receipt No. 22.7. | | |
| 5 | Undated writing by Aldawsari, excerpted from Government's Trial Exhibit 131, page 61. | | |
| 6 | Writing by Aldawsari dated October 5, 2008, referring to "13 Wishes," excerpted from Government's Trial Exhibit 127, page 6. | | |
| 7 | Writing by Aldawsari dated September 26, 2008, titled "The Money Memo," excerpted from Government's Trial Exhibit 127, page 4. | | |
| 8 | Writing by Aldawsari dated September 27, 2008, outlining a monthly budget, excerpted from Government's Trail Exhibit 127, page 5. | | |
| 9 | Writing by Aldawsari dated October 7, 2008, setting weekly schedule, excerpted from Government's Trial Exhibit 127, page 7. | | |
| 10 | Writing by Aldawsari dated August 3, 2009, titled "Goals and Aims" provided by the Government through discovery. | | |
| 11 | Poem written by Aldawsari dated June 30, 2010, provided by the Government through discovery. | | |
| 12 | Writing by Aldawsari dated January 18, 2010, | | |

| | | | |
|---|---|---|---|
| | titled "Budget of This Year," excerpted from Government's Trial Exhibit 127, page 15. | | |
| 13 | Writing by Aldawsari dated January 24, 2010, discussing plan to travel to Antarctica , excerpted from Government's Trial Exhibit 127, page 16. | | |
| 14 | Writing by Aldawsari dated January 17, 2010, discussing cleaning his room and a recent trip to New York City, excerpted from Government's Trial Exhibit 127, page 13. | | |
| 15 | Drawing by Aldawsari dated January 18, 2010, titled "Khalid's Future," excerpted from Government's Trial Exhibit 127, page 14. | | |
| 16 | Writing by Aldawsari dated August 19, 2010, about "an animated funny movie," excerpted from Government's Trial Exhibit 123, page 20. | | |
| 17 | Undated writing by Aldawsari listing deadlines to apply to various universities, excerpted from Government's Trial Exhibit 123, page 59. | | |
| 18 | Writing by Aldawsari dated August 15, 2010, listing 27 goals for himself, excerpted from Government's Trial Exhibit 123, pages 13 to 15. | | |
| 19 | Writing by Aldawsari dated October 11, 2010, addressing ideas for a dating website and for starting a bank, excerpted from Government's Trial Exhibit 123, page 22. | | |
| 20 | Undated writing by Aldawsari, advertising slogans for a bank, excerpted from Government's Trial Exhibit 125, page 38. | | |
| 21 | Writing by Aldawsari dated August 20, 2010, discussing ideas for a water desalination system, excerpted from Government's Trail Exhibit 123, page 20. | | |
| 22 | Writing by Aldawsari dated October 21, 2010, discussing ideas for a novel and video game about zombies, excerpted from Government's Trial Exhibit 125, pages 19 to 25. | | |
| 23 | Writing by Aldawsari dated November 1, 2010, discussing ideas for a video game about zombies, excerpted from Government's Trial Exhibit 125, pages 35 to 37. | | |
| 24 | Writing by Aldawsari dated October 13, 2010, discussing ideas for different websites, provided by Government through discovery. | | |
| 25 | Writing by Aldawsari dated October 16, 2010, discussing ideas for internet broadcast television shows, provided by Government through | | |

|    |   |   |   |
|----|---|---|---|
|    | discovery. |   |   |
| 26 | Writing by Aldawsari dated December 24, 2010, discussing opening a shopping center, excerpted from Government Trial Exhibit 123, page 29. |   |   |
| 27 | Writing by Aldawsari dated January 29, 2011, discussing positive developments in the Middle East and reading Agatha Christie, excerpted from Government's Trial Exhibit 123, page 42. |   |   |
| 28 | Writing by Aldawsari dated February 15, 2011, discussing making computer games and an original short story, excerpted from Government's Trial Exhibit 123 pages 44 to |   |   |
| 29 | Translation of the short story written in Exhibit 28. |   |   |
| 30 | Writing by Aldawsari dated January 20, 2011, listing daily schedule. Provided by the Government through discovery. |   |   |
| 31 | Notes taken by Aldawsari while attending Accounting I Class at South Plains College with dates ranging from January 26 to February 16, 2011, provided by the Government through discovery. |   |   |
| 32 | Notes taken by Aldawsari in Government class at South Plains College, dated February 21, 2011. Provided by the Government through discovery. |   |   |
| 33 | Scantron sheet filled in by Aldawsari dated February 9, 2011, for a test given in Government class at South Plains College. Provided by the Government through discovery. |   |   |
| 34 | FBI Surveillance Logs ranging from February 10, 2011, to February 23, 2011. Provided by the Government through discovery. |   |   |
| 35 | Audio CD Titled "UC Meet" provided by the Government, Discovery Receipt No. 6. |   |   |
| 36 | Audio CD Titled "UC Meet" provided by the Government, Discovery Receipt No 6.42b |   |   |
| 37 | Undated writing by Aldawsari of a song or poem, excerpted from Government's Trial Exhibit 131, page 47. |   |   |
| 38 | Undated writing by Aldawsari of a story idea titled "Alfred the Bodyguard," excerpted from Government's Trial Exhibit 131, page 48. |   |   |

Respectfully submitted,

/s/ Dan Cogdell
DAN COGDELL
TBN:  04501500
Cogdell Law Firm, LLC
1401 McKinney Street, Suite 1625
Houston, Texas 77010
Office:	713-426-2244
Facsimile:	713-426-2255

/s/ Paul Doyle
PAUL DOYLE
Texas State Bar No. 24011387
Paul Doyle & Associates, LLC
600 Travis Suite 4700
Houston, Texas  77002
(713) 228-9200
(713) 228-9203 Facsimile

## CERTIFICATE OF SERVICE

I certify that on June 17, 2012 a true and correct copy of the foregoing document and memorandum in support was filed with the Court's ECF system and electronic notification was sent to the attorney for the government.

/s/ Dan Cogdell
Dan Cogdell