AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2012 NOV 13 AM 11: 36

DEPUTY CLERK _____

USA

V.

KHALID ALI-M ALDAWSARI

**EXHIBIT AND WITNESS LIST**

Case Number: 5:11-CR-15-C

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Donald E. Walter | Jeff Haag, Denise Williams | Dan Cogdell, Paul Doyle, D. Hester |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/13/12 | Shawn McRoberts | E. Brito |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 387 | | 11/13/2012 | Yes | Yes | FBI Video SEALED |
| 395 | | 11/13/2012 | Yes | Yes | FBI Video SEALED |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages